THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BERNARD ROSENBERG, Appellant.

Submitted March 1, 1945; decided April 5, 1945.

*Maurice Edelbaum* for appellant.

*William O'Dwyer, District Attorney (Solomon A. Klein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.